■ ADELINE SICIGNANO et al., Respondents, v KENNETH POKORSKI, Individually and as Mayor of Village of Sloan, et al., Appellants. [735 NYS2d 459] —Appeal unanimously dismissed without costs (*see, Village of Savona v Soles,* 84 AD2d 683, 684). (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ MICHAEL J. PALENSCAR et al., Respondents-Appellants, v MEADOW PARK INVESTORS et al., Appellants-Respondents. [735 NYS2d 459] —Order and judgment unanimously affirmed with costs to plaintiffs for reasons stated in decision at Supreme Court, Stone, J. (Appeals from Order and Judgment of Supreme Court, Onondaga County, Stone, J.—Injunction.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.